UNPUObLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1955

DARRYL L. RICHARDSON, SR.,

Plaintiff - Appellant,

versus

NATION DIRECTOR OF DEPARTMENT OF VETERANS
AFFAIRS; DIRECTOR VAMC - HAMPTON; DR. HUFFLER;
HEAD NURSE-DIET V.A. KITCHEN; VINSON MANIFORD,
Director   V.A.-Vocational   Rehabilitation;
COUNSELOR RICK SWEAT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Walter D. Kelley, District
Judge.  (4:06-cv-00008-WDK)

Submitted: January 17, 2008        Decided: January 22, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Darryl L. Richardson, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl L. Richardson, Sr., appeals the district court's order dismissing his civil action without prejudice for failure to pay the required filing fee. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Richardson v. Nat'l Dir. of Dep't of Veterans Affairs, No. 4:06-cv-00008-WDK (E.D. Va. filed July 27, 2007 & entered July 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED